Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.

January 16, 2008.

Clerk,
United States District Court
Middle District of Alabama,
Post Office Box 711,
Montgomery, Alabama 36101-0711.

Substitution of page 8

2:08 CV 40.

Dear Clerk:

Humble respect. I am in need of your help, which is, to substitute page 8, of my 2241 petition, which I just mailed to the court yesterday on January 15, 2008.

I mailed four copies of my 2241 petition to the court, with page 8, as shown in **attachment A.** I would like **Attachment A** to be substituted with **Attachment B,** which better explains my intent and request for the conclusion of the case.

I have enclosed four copies, so that, you could remove all four pages of page 8, from the pleading, and replace them with Attachment B. I thank you kindly and respectfully for your help.


Respectfully submitted, this 16th day of January 2008.

Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.

1.

Attachment A

as procedures consistent with Title 18 U.S.C. § 3621(b), mandates that they should be executed and followed:

> "The Bureau's classification, designation and redesignation procedures are consistent with the statutory authority contained in 18 U.S.C. § 3621(b). All classification, designation and redesignation decisions are made without favoritism given to an inmate's social or economic status."Id.

PS 5100.08, Attachment B, page 1.

## CONCLUSION

**WHEREFORE**, Petitioner, Allan A. Petersen, prays this Honorable Court would grant the Writ of habeas corpus, and direct the Bureau of Prisons to recalculate Petitioner's release date to a Community Confinement Center, or Home Confinement pursuant to Program Statement 5100.08 and 18 USC § 3621(b) for October 8, 2008, respectfully, which is, consistent with BOP policy.

Respectfully submitted this 13th day of January 2008.

Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.

## CERTIFICATE OF SERVICE

I, Allan Petersen, Certify that I have mailed a exact copy of this 2241 habeas corpus petition/memorandum pleading with all the attachments to the party(s) listed below under penalty of perjury 28 USC § 1746, on this 15th day of January 2008, by placing same into the U.S. Postal Service mail box on FPC Montgomery's compound respectfully, by my signature above.

Office of the Clerk
United States District Court,
Middle District of Alabama
P.O.Box 711,
Montgomery, Alabama 36101-0711.

Attachment B

as procedures consistent with Title 18 USC § 3621(b), mandates that they should be executed and followed:

> "The Bureau's classification, designation and redesignation procedures are consistent with the statutory authority contained in 18 U.S.C. § 3621(b). All classification, designation and redesignation decisons are made without favoritism given to an inmate's social or economic status." Id.

PS 5100.08/Attachment B, page 1.

## CONCLUSION

**WHEREFORE**, Petitioner Allan A. Petersen, asks the Court to order the BOP to immediately consider him for transfer to a Community Corrections Center/ or Home Confinement in good faith on October 8, 2008, and without reference to the 2002 and 2005 policies, which considers not, the five factors of section 3621(b), but only time "**served**." See: Woodall, 432 F.3d at 251; Baker, 2005 WL 2276040 at *7, and Dawkins v. Williams 413 F.Supp.2d 161 (NDNY 2006)(**"Nothing in 3624(c) limits the BOP's authority to transfer prisoners to any available penal or correctional facility prior to the pre-release period or limits the BOP's obligation to consider the five factors of section 3621(b) when making placement or transfer decisons."**). But, pursuant to Program Statement 5100.08 respectfully.

Respectfully submitted this 13th day of January 2008.

*/s/ Allan Petersen*
Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.

## CERTIFICATE OF SERVICE

I, Allan Petersen, Certify that I have mailed a exact copy of this 2241 habeas corpus petition/memorandum pleading with all attachments to the party(s) listed below under the penalty of perjury 28 USC § 1746, on the 15th day January 2008, and a correction of page 8 on this 16th day of January 2008, by placing same into the US Postal Service Box on Montgomery's compound respectfully by my signature above.

Office of the Clerk
United States District Court,
Middle District of Alabama
P.O.Box 711,
Montgomery, Alabama 36101-0711.