IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv40-WKW |
| | ) |
| DARLENE A. DREW, | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Petitioner has filed a petition seeking relief pursuant to 28 U.S.C. § 2241. However, he has not submitted the $5.00 filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

In light of the foregoing, it is

**ORDERED** that on or before February 8, 2008, Petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Montgomery Federal Prison Camp showing the balance in his prison account at the time of his filing this petition **or** the $5.00 filing fee.

Done this 22nd day of January, 2008.

        /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE