IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv40-WKW |
| | ) |
| DARLENE A. DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion to substitute page 8 of his § 2241 petition, it is

ORDERED that this motion (Doc. No. 2) is GRANTED.

Done this 22nd day of January, 2008.

        /s/Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE