```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003904
Cashier ID: khaynes
Transaction Date: 02/15/2008
Payer Name: U S DEPT OF JUSTICE
------------------------------------
WRIT OF HABEAS CORPUS
 For: ALLAN PETERSEN
 Case/Party: D-ALM-2-08-CV-000040-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 222183307846
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

Petersen v. Drew
```