AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Allan A. Peterson
    Plaintiff
        V.

**SUMMONS IN A CIVIL CASE**

Darlene A. Drew, Warden

CASE NUMBER:    2:08cv00040-WKW

TO: (Name and address of Defendant)

Darlene A. Drew, Warden
Montgomery Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allan A. Petersen
Reg. No. 03533-094
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112
PRO SE

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    2-20-08
CLERK                                               DATE

(By) DEPUTY CLERK