**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Darlene A. Drew
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature: Block]
☐ Agent
☐ Addressee

B. Received by (Printed Name): BLACKMON
C. Date of Delivery: 2/21/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:08cv40
2,8 + 8
20

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1841 6452

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540