| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Demika Donner_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): DeMonika Donner  C. Date of Delivery: 2/21/08 |
| 1. Article Addressed to:<br><br>Leura Garrett Canary<br>U. S. Attorney's Office<br>131 Clayton Street<br>Montgomery, AL 3610 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:08CV 40<br>S,P+o                                    20 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1841 6445 |

2004       Domestic Return Receipt       102595-02-M 1540