IN THE
DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 FEB 29  A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALLAN A. PETERSEN,

    Petitioner/Movant,

vs.

                      Civil Action No.# 2:08cv40-WKW

DARLENE A. DREW,
WARDEN,

    Respondent/Defendant.

## MOTION TO AMEND

**COMES NOW**, Petitioner, Allan A. Petersen, in pro-se, without the assistance of a trained professional attorney, citing Haines v. Kerner, 404 US 519, 30 L.Ed.2d 652, 292 S.Ct. 594 (1972)(**"pro se pleadings are held to less stringent standards than formal papers drafted by lawyers"**), and moving this Honorable Court for permission to amend his 28 USC § 2241 petition which is before the court respectfully for the following reasons:

### REASONS:

**I.**

**THE MOTION TO AMEND IS FILED WITHIN (90) DAYS FROM THE DATE OF THE COURT ORDER DATED FEBRUARY 20, 2008;**

**II.**

**THE MOTION TO AMEND THE PLEADING IS IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE RULE 15, AND SERVES AS EVIDENCE NECESSARY TO SHOW CAUSE WHY PETITION SHOULD BE GRANTED IN THIS CASE;**

1.

Therefore, attached hereto is the memorandum in support of the Motion to Amend the 28 USC § 2241 petition which is before this Honorable Court respectfully.

## CONCLUSION

**WHEREFORE,** Petitioner prays this Honorable Court would grant this motion to amend the petition before this Court respectfully.

*[signature]*

February 26, 2008.

Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama  36112.

## CERTIFICATE OF SERVICE

I, Allan Petersen, Certify and Declare I have served a exact copy of the foregoing Motion to Amend under the penalty of perjury upon the interested parties listed below this 26th day of February 2008, by placing same within the United States Postal Service Mail Box upon FPC Montgomery.

*[signature]*

Allan Petersen  03533-094, pro se,
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama  36112.

Interested Parties:

Office of the Clerk
United States District Court
P.O.Box 711,
Montgomery, Alabama 36101-0711.

US Attorney's Office
For The Middle District of Alabama
P.O.Box 197,
Suite 201, One Court Square,
Montgomery,  Alabama  36101-0197.