IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | )   Civil Action No. 2:08cv40-WKW |
| | ) |
| DARLENE A. DREW, | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion to amend his 28 U.S.C. § 2241 petition, it is

ORDERED that the motion to amend (Doc. No. 10) is GRANTED.

It is further

ORDERED that the respondent be GRANTED an extension from March 12, 2008, to and including April 1, 2008, to file a response to the petitioner's § 2241 petition in compliance with this court's order entered on February 20, 2008.

Done this 3rd day of March, 2008.

                                           /s/Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE