IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN A. PETERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No.: 2:08-cv-40-WKW |
| v. | ) |
| | ) |
| DARLENE A. DREW, Warden, | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

COMES NOW, Respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and respectfully requests a 20-day extension of time to and until Monday, April 21, 2008, in which to respond to the Court's Order entered March 3, 2008, and as grounds states as follows:

1. Agency counsel has just today received the sentence summary regarding Petitioner. The sentence summary is necessary for agency counsel's preparation of the litigation report which will aid the undersigned in adequately addressing Petitioner's claims.

2. Agency counsel has requested additional time to review the documents received and to prepare the necessary litigation report for the undersigned.

3. Given the Petitioner's status, no attempts have been made to determine his position on this request.

WHEREFORE, given the foregoing, the undersigned respectfully requests an additional twenty (20) days, to and including Monday, April 21, 2008, within which to file a response to the petition.

      LEURA G. CANARY
      United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Allan A. Petersen
    Reg. No. 03533-094
    Montgomery Federal Prison Camp
    Inmate Mail/Parcels
    Maxwell Air Force Base
    Montgomery, AL 36112

      s/R. Randolph Neeley
      Assistant United States Attorney