IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN A. PETERSON, | ) |
| | ) |
|    Petitioner, | ) |
| | )   Civil Action No.: 2:08-cv-40-WKW |
| v. | ) |
| | ) |
| DARLENE A. DREW, Warden, | ) |
| | ) |
|    Respondent. | ) |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

COMES NOW, Respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and respectfully requests a 10-day extension of time to and until Monday, May 5, 2008, in which to respond to the Court's Order entered March 3, 2008, and as grounds states as follows:

1. Agency counsel received Plaintiff's sentencing summary on March 31, 2008. It has been necessary for agency counsel to review said summary and compile additional information in order to prepare and forward a litigation report to the undersigned.

2. To date the undersigned has not received the necessary litigation report from agency counsel but anticipates an additional ten (10) days will be sufficient time to communicate with agency counsel, receive the litigation report and to prepare and file a response in this matter.

     3.    Given the Petitioner's status, no attempts have been made to determine his position on this request.

WHEREFORE, given the foregoing, the undersigned respectfully requests an additional ten (10) days, to and including Monday, May 5, 2008, within which to file a response to the petition.

                                      LEURA G. CANARY
                                      United States Attorney

                              By: s/R. Randolph Neeley
                                  R. RANDOLPH NEELEY
                                  Assistant United States Attorney
                                  Bar Number: 9083-E56R
                                  Post Office Box 197
                                  Montgomery, AL  36101-0197
                                  Telephone No.: (334) 223-7280
                                  Facsimile No.: (334) 223-7418
                                  **E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Allan A. Petersen
    Reg. No. 03533-094
    Montgomery Federal Prison Camp
    Inmate Mail/Parcels
    Maxwell Air Force Base
    Montgomery, AL 36112

                                              s/R. Randolph Neeley
                                        Assistant United States Attorney