IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| Petitioner, | ) ) ) |
| v | ) ) Civil Action No. 2:08cv40-WKW |
| DARLENE A. DREW, WARDEN, | ) ) ) ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the respondent's motion for extension of time (Doc. No. 14), and for good cause, it is

ORDERED that the motion for extension of time is GRANTED.

It is further

ORDERED that the respondent be GRANTED an extension from April 21, 2008, to and including May 2, 2008, to file a response to the petitioner's § 2241 petition in compliance with this court's orders.

Done this 22nd day of April, 2008.

                         /s/Susan Russ Walker
                         SUSAN RUSS WALKER
                         UNITED STATES MAGISTRATE JUDGE