IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv40-WKW |
| | ) |
| DARLENE A. DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the respondent's motion for extension of time (Doc. No. 16), and for good cause, it is

ORDERED that the motion for extension of time is GRANTED.

It is further

ORDERED that the respondent be GRANTED an extension from May 2, 2008, to and including May 16, 2008, to file a response to the petitioner's § 2241 petition in compliance with this court's orders.

Done this 2nd day of May, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE