IN THE
DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALLAN A. PETERSEN,
    Petitioner,

vs.    Civil Action No. 2:08cv40-WKW

DARLENE A. DREW,
WARDEN,
    Respondent.

---

**NOTICE PETITIONER RECEIVE NO RESPONSE OF THE RESPONDENT FILED IN THIS CASE ON MAY 16, 2008.**

---

**PETITIONER,** Now gives the Court NOTICE that he received not the Response of the Respondent addressing the claims in this instant 28 USC § 2241 habeas corpus petition.

(1): On May 21, 2008, Petitioner received the Court's Order dated May 19, 2008, which indicated the Respondent finally filed a response to this case on May 16, 2008.

(2): However, to date: [May 21, 2008], Petitioner has received nothing from the Respondent besides motions for extension of time. With that said, Petitioner is in the "dark" blinded to what the Respondent's argument is that opposes his claim for relief.

(3): Petitioner now asks the court in good faith to:

    **(a):** Send him a certified copy of the Response the Respondent filed in court on **May 16, 2008,** with all the exhibits and attachments with rules and regulations in support of their argument; and;

    **(b):** Extend the time for response from June 10, 2008, to June 24, 2008, which should be adequate time to make a sufficient response by affidavits and declarations, providing this court sends a certified copy of the Respondent's response timely to myself as legal mail, which must be opened in my presence. In this manner, it will show when I receive the response of the Respondent for it will be logged into the institution's mailroom books.

## CONCLUSION

**WHEREFORE,** Petitioner prays this Court acknowledge his notice of not receiving the Respondent's response, and provide him with a certified copy of the Respondent's response, as well as, to grant Petitioner an extension of time up to June 24, 2008, providing a certified copy of the Respondent's response is timely mailed to Petitioner at this institution respectfully.

SAID and DONE this 21, day of May 2008.

*/s/ Allan Petersen/*
Allan Petersen 03533-094
Federal Prison Camp Montgomery
Maxwell Air Force Base,
Montgomery, Alabama 36112.

## CERTIFICATE OF SERVICE

I, Allan Petersen, Certify under the penalty of perjury pursuant to Title 28 USC § 1746, that I have mailed a exact copy to the interested parties below at their listed addresses via U.S. Mail by placing same into the U.S. Postal Service Mail Box on the compound of FPC Montgomery on May 21, 2008, sealed and prepaid in envelopes respectfully.

Respectfully submitted,

*/s/ Allan Petersen/*
Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.

**Interested Parties:**
--------------------

| | |
|---|---|
| Office of the clerk<br>United States District Court<br>P.O.Box 711,<br>Montgomery, Alabama 36101-0711. | U.S. Attorney's Office<br>For The Middle District of Alabama<br>P.O.Box 197, Suite 201, 1 Court Square<br>Montgomery, Alabama 36101-0197 |

Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.

MONTGOMERY AL 36
22 MAY 2008 PM 1

Office of the Clerk
United States District Court
P.O. Box 711,
Montgomery, AL 36101-0711