IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALLAN A. PETERSEN,                    )
                                      )
          Petitioner,                 )
                                      )
v                                     )          Civil Action No. 2:08cv40-WKW
                                      )
DARLENE A. DREW,                      )
WARDEN,                               )
                                      )
          Respondent.                 )

**ORDER ON MOTION**

Petitioner has filed a motion (Doc. No. 20), in which he maintains that he has not received a copy of Respondent's response to his petition for habeas corpus relief; requests that he be provided with a copy of the response; and requests an extension of time to file a reply to the response. This court construes Petitioner's motion as a Motion for Extension of Time. Accordingly, and for good cause, it is

ORDERED that the Motion for Extension of Time (Doc. No. 20) be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from June 10, 2008, to and including June 25, 2008, to file a reply to Respondent's response to his habeas petition, in compliance with this court's order of May 19, 2008.

Further, in the interest of judicial economy, the Clerk is DIRECTED to provide

Petitioner with a copy of Respondent's response to his habeas petition, with all supporting exhibits.[1]

Done this 28th day of May, 2008.


                              /s/Susan Russ Walker
                         SUSAN RUSS WALKER
                         CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1]Notwithstanding Petitioner's contention that he has not received a copy of Respondent's response, Respondent avers on the certificate of service included in the response filed with this court on May 16, 2008, that a copy of the response was served on Petitioner by placement in the United States mail that same date.  (*See* Doc. No. 18 at 14.)