IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2008 JUL -8 A 10: 12

| | | |
|---|---|---|
| ALLAN A. PETERSEN | * | Civ.No.#2:08cv040WKW |
|     Petitioner/Movant, | * | |
| | * | ORA P. HACKETT, CLK |
| vs. | * | U.S. DISTRICT COURT |
| | * | MIDDLE DISTRICT ALA |
| DARLENE A. DREW, WARDEN, | * | |
| F.P.C. MONTGOMERY, | * | |
|     Respondent. | * | |

**MOTION REQUESTING LEAVE TO AMEND
PETITIONER'S REPLY PETITION WITH NEW
EVIDENCE FROM THE PROBATION OFFICER**

**NOW COMES**, Petitioner Allan Petersen, in pro-se, in the above action requesting leave (permission) of this Honorable Court to amend his Reply petition filed recently in this court with relevant new evidence from the probation Office in the Virgin Islands in the form of a letter response, which explains they have no jurisdiction in placement of inmates as was stated incorrectly by the affidavit/declaration of the BOP staff in this case.

On page 2 of this Motion is the explanation of this new evidence in relation to the affidavit/declaration of Michael Rowe, filed in this case.

Respectfully submitted this 27, day of June, 2008.

_/s/ Allan Petersen_
Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama 36112.