IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv40-WKW |
| | ) |
| DARLENE A. DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

The petitioner has filed a pleading styled as a "Motion Requesting Leave to Amend Petitioner's Reply Petition with New Evidence from the Probation Office." (Doc. No. 24.) The court construes this pleading to be a "*motion to supplement*" with additional material and arguments in support of the claims in the 28 U.S.C. § 2241 habeas petition. For good cause shown, it is

ORDERED that the *motion to supplement* with additional material and arguments be and is hereby GRANTED.

Done this 11th day of July, 2008.

　　　　　　　　　　　　　　　　　/s/Susan Russ Walker
　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE