IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv40-WKW |
| | ) |
| DARLENE A. DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

On August 13, 2008 (Doc. No. 27), the petitioner filed a *motion for leave to supplement* with additional material and arguments in support of the claims in his 28 U.S.C. § 2241 habeas petition. For good cause shown, it is

ORDERED that the petitioner's motion for leave to supplement be and is hereby GRANTED.

Done this 14th day of August, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE