Allan Petersen 03533-094
Federal Prison Camp Montgomery
Maxwell Air Force Base
Montgomery, Alabama 36112

August 17, 2008

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

**Civil Action No.# 2:08cv40-WKW**

Dear Clerk:

On August 13, 2008, I filed a motion for leave to supplement with additional material and arguments in support of the claims in my 28 USC § 2241 Habeas Petition, which was granted for good cause shown on the 14th day of August, 2008.

Thereafter on the 15th day of August, 2008, the Respondent(s) at the Federal Prison presented to myself my progress report and supervision plan for my release to the Virgin Islands with a pre-release preparation date of 01-30-2009.

I would like for this information to be attached to, or added to the motion which was granted for the court to review the evidence showing I was referred for only 150-180 days CCC placement or Home Confinement.

I thank you.

Respectfully submitted, this 17th day of August, 2008.

*Allan Petersen*
--------------------------
Allan A. Petersen

1 of 2.

## CERTIFICATE OF SERVICE

I, Allan Petersen, CERTIFY and Declare that a exact copy of the foregoing letter and the information attached, was mailed to the interested listed parties below at their addresses via U.S. Postal Service, by depositing same into the Postal Box on the compound of FPC Montgomery on August 18, 2008, in pre-paid envelopes sealed, respectfully.

*/s/ Allan A. Petersen*
Allan A. Petersen 03533-094
Federal Prison Camp Montgomery
Maxwell Air Force Base
Montgomery, Alabama 36112


Interested Parties:
------------------

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

R. Randolph Neely
A.U.S.A. Bar No.# 9083-E56R
Post Office Box 197,
Montgomery, Alabama 36101-0197

BP-S522.051 **SUPERVISION RELEASE PLAN** CDFRM
SEP 99
**U.S. DEPARTMENT OF JUSTICE**                                                       FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Institution Name: FPC, Montgomery, Alabama<br>Address: Maxwell AFB, Alabama 36112<br><br>Phone Number: (334) 293-2100 | Date: August 14, 2008 |
| | |
| | |

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.
Gentlelemen:

Under the law I become eligible for     X Supervised Release
**RELEASE**    ☐ Parole    on 07-30-2009 .
   ☐ Mandatory Release      (date)

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.
(Type or Print)

**RESIDENCE:** Estate Nadir33-26, St Thomas, VI 00802

   With Whom: Autney and Mabel Petersen

   Relationship: Parents

   Telephone Number: (340) 775-7646

**EMPLOYER:** To be established
   Name:

   Address:

   Telephone Number:

   Nature of Business:

| TO BE COMPLETED BY INSTITUTION STAFF | |
|---|---|
| **SENTENCING DISTRICT** | District of Virgin Islands |
| **DETAINERS** | There no known detainers or pending charges. |
| **SPECIAL CONDITIONS** | The defendant has standard conditions of supervised release. |
| **REMARKS** | None. |

| | | |
|---|---|---|
| Printed Name and Signature of Inmate<br>Petersen Allan A./ | *Allan Petersen* (signature) | Register No.<br>03533-094 |
| Witness (Case Manager) Printed Name and Signature<br>Michael Rowe/ | | Date |
| Review ( Unit Manager) Printed Name and Signature<br>Mildred Perryman/ | | Date |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.
Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-S522 DTD SEP 95

F.  INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| MON | A-DES | FURLOUGH TRANSFER RECEIVED | 05-31-2007 |
| MRG | A-DES | TRANSFER RECEIVED | 02-02-2006 |

G.  PHYSICAL AND MENTAL HEALTH: Mr. Petersen has regular duty status with minor medical problems. He is diagnosed with a history of positive PPD's. He has been cleared for food service work. There are no apparent signs of emotional or psychological problems.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 04-14-1997 |

The U.S. District Court, District of Virgin Islands, imposed a $50 Felony Assessment against Mr. Petersen. This obligation has been paid in full.

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS:

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP COMPLT | RELEASE PREP PGM COMPLETE | 10-22-2004 |

PRE-RELEASE PREP DATE: 01-30-2009

Mr. Petersen attended the Release Preparation Seminar on 04-29-2008, where he was informed of the rules and regulations governing Community Corrections Center (CCC) placement. Information was provided by community resource personnel from the United States Probation Office, Alabama State Employment, State Department of Public Health, Social Security Administration, Veterans Administration, Community Programs, and Case Management to facilitate a successful re-entry into the community. Mr. Petersen has completed the following pre-release courses: Aids Awareness, Job Information Fair, Money Management, and Stress Management. He is being referred for 150-180 days CCC placement or Home Confinement. He has provided the following release plan:

    RESIDENCE: Autney and Mabel Petersen (Parents)
               Estate Nadir 33-26
               St. Thomas, VI 00802
               (340) 775-7646

    EMPLOYMENT: To be established

    USPO: Denise L. Donnadelle-DeCosta, Chief
          District of Virgin Islands
          5500 Veterans Dr. Ste. 335
          Charlotte Amalie, VI 00802
          (340) 774-4821

J.  RELEASE NOTIFICATIONS:

    OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
        CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

        18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

    IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

        ( ) YES  (X) NO

        18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

        DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE
DICTATED BY: _____ CASE MANAGER (DATE) 8-14-08
             MOB CM 2   M. ROWE (C,D,G,H WINGS)

DATE TYPED: 08-14-2008

    REVIEWED BY: _____ UNIT MANAGER (DATE) _____
                 MOBILE    M. PERRYMAN, UNIT MANAGER

```
------------------------ INSTITUTIONAL ADJUSTMENT ------------------------
```

A. PROGRAM PLAN: Mr. Petersen arrived at FPC Montgomery on 05-31-2007. At initial classification, Mr. Petersen was recommended for participation in Group Counseling, Social Education, Pre-release Counseling, and the Financial Responsibility Program.

B. WORK ASSIGNMENTS:

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|-----------------|---|------------|-----------|
| MON | C04 EDUC | CLERICAL | 09-14-2007 | CURRENT |
| MON | CE01 F | GROUNDS/CUSTODIAL | 06-05-2007 | 09-14-2007 |
| MRG | LAUNDRY | LAUNDRY | 05-09-2007 | 05-30-2007 |
| MRG | SHU | SHU - UNASSIGNED | 04-17-2007 | 05-01-2007 |
| MRG | LAUNDRY | LAUNDRY | 09-06-2006 | 04-17-2007 |
| MRG | COMPOUND 1 | COMPOUND LABOR POOL DAY SHIFT | 04-04-2006 | 09-06-2006 |
| MRG | SHU | SHU - UNASSIGNED | 03-20-2006 | 04-04-2006 |
| MRG | COMPOUND 1 | COMPOUND LABOR POOL DAY SHIFT | 02-19-2006 | 03-20-2006 |
| MRG | A&O | A&O | 02-02-2006 | 02-19-2006 |
| SEY | EDUCATION | EDUCATION ASSISTANT | 06-16-2005 | 02-02-2006 |

Mr. Petersen is currently assigned to C04 Education working 35 hours per week. His supervisor states that he is an "Outstanding" worker who plans his own work well.

C. EDUCATIONAL/VOCATIONAL PARTICIPATION:

```
-------------------------- EDUCATION INFORMATION --------------------------
```

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------------|-------------|-----------------|----------------|
| MON | ESL HAS | ENGLISH PROFICIENT | 09-18-1996 0001 | CURRENT |
| MON | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-21-1996 0001 | CURRENT |

```
---------------------------- EDUCATION COURSES ----------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| MON | #4 QUARTERLY RPP SEMINAR | 04-29-2008 | 04-29-2008 | P | C | P | 5 |
| MON | #5 RELEASE REQUIREMENTS RPP | 04-29-2008 | 04-29-2008 | P | C | P | 1 |
| MON | #2 JOB INFORMATION FAIR | 04-29-2008 | 04-29-2008 | P | C | P | 1 |
| MON | #3 MONEY MANAGEMENT | 10-18-2007 | 04-02-2008 | P | C | P | 1 |
| MON | #6 STRESS MANAGEMENT | 08-02-2007 | 08-16-2007 | P | C | P | 1 |
| MON | #1 AIDS AWARENESS | 06-12-2007 | 06-12-2007 | P | C | P | 1 |
| MRG | GRAPHIC ARTS AM 7:40-11:00 | 04-08-2007 | 05-13-2007 | P | C | E | 60 |
| MRG | COMPUTER CLASS AM 7:40-11:00 | 08-06-2006 | 02-18-2007 | P | C | M | 371 |

Mr. Petersen has completed his educational requirements. He has completed a Computer Class in the area of vocation.

D. COUNSELING PROGRAMS: Mr. Petersen has completed an Alcoholic Counseling class.

E. INCIDENT REPORTS:
```
--------------------------------------------------------------------------
DHO HEARING DATE/TIME: 10-19-2006 1500      INCIDENT DATE/TIME: 08-30-2006 0800
    410  USING MAIL W/O AUTH - FREQ: 3
         DIS GCT    / 7 DAYS / CS
         COMP:010 LAW:N
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
--------------------------------------------------------------------------
DHO HEARING DATE/TIME: 10-19-2006 1445      INCIDENT DATE/TIME: 08-29-2006 1217
    410  USING MAIL W/O AUTH - FREQ: 2
         DS         / 7 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
         LP COMM    / 60 DAYS / CS
         COMP:     LAW:     EFFECTIVE 11-19-2006 TO 01-18-2007
--------------------------------------------------------------------------
DHO HEARING DATE/TIME: 10-19-2006 1430      INCIDENT DATE/TIME: 08-29-2006 0730
    410  USING MAIL W/O AUTH - FREQ: 1
         CHG QTRS   / CS
         COMP:     LAW:     HOUSE IN LOWEST STATUS HOUSING AVAILABLE.
         LP COMM    / 30 DAYS / CS
         COMP:     LAW:     EFFECTIVE 10-19-2006 TO 11-18-2006.
--------------------------------------------------------------------------
DHO HEARING DATE/TIME: 10-19-2006 1415      INCIDENT DATE/TIME: 03-20-2006 1500
APPEAL CASE NUMBER(S): 415681
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:     LAW:     SANCTION ALREADY SERVED PRIOR TO REPORT BEING
                            REMANDED FOR REHEARING.
--------------------------------------------------------------------------
DHO HEARING DATE/TIME: 04-12-2006 1430
```

```
MON2Z                  *      PROGRESS REPORT           *      05-08-2008
  PAGE                                                         11:02:40

RSP OF: MON MONTGOMERY FPC           US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        MAXWELL AIR FORCE BASE
        MONTGOMERY, AL 36112
        334 293-2100
NAME: PETERSEN, ALLAN A              REGNO: 03533-094 AGE(DOB): 44/06-24-1963
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| Allan Petersen | 08-14-08 | Mocha Kane |

```
TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE XX_ TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
  MINIMUM   /COM


OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21:846; CONSP. TO POSS. COCAINE WITD.
   188 MONTHS                          /      5 YEARS

DATE COMPUTATION BEGAN: 07-01-1996
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0    /0    /7 | 641 | M:     142 D:   8 <br> + 213    JC - 0        INOP |
| PROJECTED RELEASE DATE: 07-30-2009 | PROJECTED RELEASE METHOD: GCT REL | |

```
DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: N/A




DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                      BP-CLASS-3
```

Allan Petersen 03533-094
Federal Prison Camp Montgomery
Maxwell Air Force Base
Montgomery, Alabama 36112



MONTGOMERY AL 361

15 AUG 2008 PM 2 L

Office of the Clerk
U.S. District Court
Post Office Box 711
Montgomery, Alabama    36101-0711

36101+0711