IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv40-SRW |
| ) | (WO) |
| DARLENE A. DREW, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case it is,

ORDERED and ADJUDGED that the petition filed pursuant to 28 U.S.C. § 2241 be and is hereby DENIED and that this case be and is hereby DISMISSED with prejudice.

Done, this 30th day of November, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE